UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CASSANDRA DEISINGER and
JESSICA DEISINGER,
on behalf of themselves and
all others similarly situated

        Plaintiffs,

v.

Case No.: 21-cv-107

FAMILY FOOT AND ANKLE CLINIC, LLC

        Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Cassandra Deisinger and Jessica Deisinger, by and through their counsel, Walcheske & Luzi, LLC, and Defendant, Family Foot and Ankle Clinic, LLC, by and through its counsel, Weld Riley, S.C., hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party on the following grounds:

1. Plaintiffs commenced legal action against Defendant in United States District Court, Western District of Wisconsin, designated as Case No. 21-cv-107 (hereinafter, the "Court"), alleging violations of the Fair Labor Standards Act of 1938 ("FLSA") and Wisconsin's Wage Payment and Collection Laws ("WWPCL") on behalf of themselves and all other similarly situated current and former hourly-paid, non-exempt employees of Defendant (ECF No. 1) (hereinafter, the "Complaint");

2. On October 26, 2021, the Court rendered an "Opinion and Order," (ECF No. 16), on the Parties' joint stipulation for conditional class certification and court-authorized notice under 29 U.S.C. § 216(b), (ECF No. 15), conditionally certifying the following

    collective and authorizing the mailing of the Notice to putative collective members: "All hourly-paid, non-exempt employees employed by Defendant [Family Foot and Ankle Clinic, LLC] between February 15, 2018, and February 15, 2021 and who worked in excess of forty (40) hours in any workweek";

3. On November 5, 2021, Plaintiffs' counsel mailed the Notice to the last known addresses of all putative collective members (as provided by Defendant), and putative collective members had forty-five (45) calendar days after the mailing of the Notice, or until on or before December 20, 2021, to return their "Consent to Join Form" to Plaintiffs' counsel, which would them be promptly filed with the Court;

4. To date, Plaintiffs' counsel has not received any returned and completed "Consent to Join Forms" from any putative collective members;

5. Given the lack of participation from the putative collective members in this matter, including that Plaintiffs' counsel has not received any returned and completed "Consent to Join Forms" from any putative collective members to date, Plaintiffs did not file a Motion for Class Certification under Fed. R. Civ. Pro. 23 on or before the Court's January 28, 2022 certification deadline;

6. Because of this, the parties recently engaged in good faith, arms' length settlement negotiations regarding Plaintiffs' individual claims and causes of action under the FLSA and WWPCL as stated in the Complaint, and the parties have reached a global resolution regarding the Complaint and all other disputes between Plaintiffs and Defendant on an individual basis, which is embodied in a written, executed Settlement Agreement between the parties; and

7. The parties do not seek judicial approval of the Settlement Agreement by the Court.

Dated this 7th day of February, 2022

| | |
|---|---|
| WALCHESKE & LUZI, LLC<br>Counsel for Plaintiffs | WELD RILEY, S.C.<br>Counsel for Defendant |
| **_s/ Scott S. Luzi_**<br>Scott S. Luzi, State Bar No. 1067405<br>WALCHESKE & LUZI, LLC<br>235 N. Executive Drive, Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (262) 780-1953<br>E-Mail: sluzi@walcheskeluzi.com | **_s/ Mark A. Sauer_**<br>Mark A. Sauer, SBN 1027949<br>WELD RILEY, S.C.<br>500 Third Street, Suite 800<br>Wausau, Wisconsin 54402<br>Telephone: (715) 845-8234<br>E-Mail: msauer@weldriley.com |